**Order entered January 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00826-CR

**EX PARTE KOFFI SEMEGNON DOKE**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80876-2013**

**ORDER**

Appellant is appealing the trial court's order denying his post-conviction application for writ of habeas corpus. On September 18, 2020, the Court issued a scheduling order that directed the trial court to file a certification of appellant's right to appeal with the clerk's record. The clerk's record filed on October 5, 2020 does not contain the trial court's certification. On November 6, 2020, the Court again ordered the trial court to prepare and file a certification of the right to appeal. To date, no certification has been filed.

We **ORDER** the trial court to file, by **January 22, 2021**, a certification of appellant's right to appeal the denial of his post-conviction writ application.

We **DIRECT** the Clerk of the Court to transmit copies of this order, by electronic transmission, to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; and to counsel for the parties.

/s/    LANA MYERS
JUSTICE